**Sterling L. SINGLETON,**
**Plaintiff-Appellant,**

v.

**Patricia BROWN, Lieutenant,**
**Defendant-Appellee.**

**No. 17-6475**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 13, 2018

Decided: March 15, 2018

Sterling L. Singleton, Appellant Pro Se. Peter Michael Balthazor, Roy F. Laney, RILEY, POPE & LANEY, LLC, Columbia, South Carolina, for Appellee.

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sterling L. Singleton appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Singleton v. Brown,* No. 9:15-cv-02723-JMC, 2017 WL 942177 (D. S.C., Mar. 10, 2017). We deny Singleton's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*